IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Echard, | No. CV-13-01146-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Townsend Farms, Inc., et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Plaintiff's Claims, Without Prejudice (Doc. 58). The motion states only Defendant United Juice opposes the motion. The time to file a response to the motion has expired and no response has been filed. LRCiv 7.2(c). The Court considers the motion on its merits and grants it on its merits. The effect of the motion is for Plaintiff to refile these claims in California, where related actions are pending. The Defendants will not be prejudiced by granting the motion. No taxable costs appear to have been incurred. Only insignificant costs could have been incurred by Defendants.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Voluntarily Dismiss Plaintiff's Claims, Without Prejudice (Doc. 58) is granted. This action is dismissed without prejudice and without assessment of costs or attorney fees. The Clerk shall terminate this case.

DATED this 4th day of June, 2014.

_____
Neil V. Wake
United States District Judge